**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA FOR** | ) | |
| **THE USE OF TWIN CITY ELECTRIC,** | ) | |
| **LLC** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| | ) | **CIVIL ACTION NO. 3:15-cv-01847-RGJ-KLH** |
| | ) | |
| **VERSUS** | ) | **JUDGE ROBERT G. JAMES** |
| | ) | |
| **FEDERAL INCORPORATED AND** | ) | |
| **FEDERAL INSURANCE COMPANY** | ) | |
| | ) | **MAG. JUDGE KAREN L. HAYES** |
| | ) | |
| **Defendants** | ) | |

**SEPARATE ANSWER AND DEFENSES**
**OF FEDERAL INSURANCE COMPANY**

NOW INTO COURT, through undersigned counsel, comes Federal Insurance

Company ("Federal") and, for its answer and defenses to the Complaint filed against it by

Twin City Electric, LLC ("Twin City"), says as follows:

FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

SECOND DEFENSE

This action should be transferred to the United States District Court for the Middle

District of Florida and Federal reserves the right to seek such transfer and to enforce the

mandatory forum selection clause in the subcontract between its principal and Twin City.

THIRD DEFENSE

Federal, as surety for Sauer Incorporated ("Sauer"), is entitled to and does hereby adopt each and every affirmative defense raised in Sauer's Answer and Defenses to the Complaint.

**ANSWER**

AND NOW, answering the specific allegations of the Complaint, each of the following numbered paragraphs corresponding thereto, Federal further pleads and says as follows:

1. Admitted.

2(a). Denied and Federal would affirmatively show that Sauer is organized and existing under the laws of the State of Pennsylvania .

2(b). Denied and Federal would affirmatively show that it is organized and existing under the laws of the State of Indiana.

3. Admitted.

4. Denied and Federal would affirmatively show that, pursuant to the forum selection clause of the subcontract entered into between Sauer and Twin City, the United States District Court for the Middle District of Florida is the exclusive venue for this dispute.

5. Denied.

6. Admitted.

7. Federal admits that it and Sauer provided a Payment Bond with respect to the project at issue but would affirmatively show that the bond is No. 82286858.

8.     Federal admits that Twin City executed the referenced subcontract and denies the allegations respecting the same to the extent they are at variance with the terms of the subcontract.  The remaining allegations are denied for want of knowledge or information sufficient to form a belief as to the truth thereof.

9.     Denied.

10.     Denied.

11.     Federal admits that Sauer has not paid what Twin City alleges is due and relies for its position upon Sauer's affirmative defenses.

12.     These allegations appear to be legal conclusions for which no response from Federal is required.  Should a response be deemed required, they are denied.

13.     Denied.

14.     Federal denies that Sauer breached the subcontract.

15.     Denied.

16.     Admitted and Federal asserts Sauer's affirmative defenses as justification for the same.

17.     Denied for want of knowledge or information sufficient to form a belief as to the truth thereof.

18.     Denied to the extent this allegation implies that Federal and/or Sauer owes Twin City under the subcontract or otherwise.

19.     Admitted but, if these allegations imply any liability on the part of Federal and/or Sauer to Twin City, they are denied.

20.     Denied, as is the following unnumbered Prayer for Relief ¶¶ 1-7.

AND NOW, having asserted its affirmative defenses and having answered the allegations of the Complaint, Federal prays that the Complaint will be transferred to the United States District Court for the Middle District of Florida and dismissed against it with prejudice at the cost of the plaintiff.

Dated:  July 2, 2015.

                                        RESPECTFULLY SUBMITTED,
                                        FEDERAL INSURANCE COMPANY

                                        *s/ Tammye C. Brown*
                                        Tammye C. Brown, T.A., Bar #29108
                                        BRUNINI LAW FIRM
                                        190 E. Capitol Street
                                        Suite 100
                                        Jackson, MS  39201
                                        tbrown@brunini.com
                                        Phone:  (601) 948-3101
                                        Fax :  (601) 960-6902

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015, I presented the foregoing pleading to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. Carroll Devillier Jr. (carroll.devillier@bswllp.com)

Ms. Danielle L. Borel (danielle.borel@bswllp.com)

Further, I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

*s/ Tammye C. Brown*
Tammy C. Brown, T.A. (Bar No. 29108)
Firm:  Brunini, Grantham, Grower & Hewes
Address:  190 E. Capitol Street, Suite 100
          Jackson, MS  39201
Telephone:  601-948-3101
Fax:  601-960-6902
Email:  tbrown@brunini.com
