**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR ) | | |
| THE USE OF TWIN CITY ELECTRIC, ) | | |
| LLC ) | | |
|     **Plaintiff** ) | | |
| ) | | |
| ) | CIVIL ACTION NO. 3:15-cv-01847-RGJ-KLH | |
| ) | | |
| **VERSUS** ) | JUDGE ROBERT G. JAMES | |
| ) | | |
| SAUER INCORPORATED AND ) | | |
| FEDERAL INSURANCE COMPANY ) | | |
| ) | MAG. JUDGE KAREN L. HAYES | |
| ) | | |
|     **Defendants** ) | | |

**NOTICE OF SERVICE**

**TO:**   All Counsel of Record

NOTICE IS HEREBY GIVEN that Federal Insurance Company has served in the above-entitled action the following:

**FEDERAL INSURANCE COMPANY'S**
**PRE-DISCOVERY DISCLOSURE OF CORE INFORMATION**

The undersigned retains the original of the above paper as custodian thereof.

Respectfully submitted this the 17th day of September, 2015.

                                              *s/ Ron A. Yarbrough*
                                              Ron A. Yarbrough
                                              *s/ Tammye C. Brown*
                                              Name:  Ron A. Yarbrough, T.A.
                                                    (PHV MSBar No. 6630)
                                                  Tammye C. Brown
                                                  (Bar No. 29108)
                                              Firm:  Brunini, Grantham, Grower & Hewes
                                              Address:  190 E. Capitol Street, Ste. 100
                                              Jackson, MS  39201
                                              Phone:       601-948-3101

        Fax:  601-960-6902
        Email:  ryarbrough@brunini.com
        Additional email:  scole@brunini.com
        Attorneys for Federal Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2015, I filed the foregoing pleading with the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Mr. Carroll Devillier Jr. (carroll.devillier@bswllp.com)

Ms. Danielle L. Borel (danielle.borel@bswllp.com)

Further, I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

        *s/ Ron A. Yarbrough*
        Ron A. Yarbrough, T.A., (PHV MSBar No. 6630)
        Firm:  Brunini, Grantham, Grower & Hewes
        Address:  190 E. Capitol Street, Suite 100
            Jackson, MS  39201
        Telephone:  601-948-3101
        Fax:  601-960-6902
        Email:  ryarbrough@brunini.com